PROB. 12
(Rev. 3/88)

# UNITED STATES DISTRICT COURT

for

## WESTERN DISTRICT OF TENNESSEE

FILED BY _____ D.C.

05 SEP -2 PM 5: 20

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

U. S. A. vs. **James Donald Robinson, Jr.**            Docket No. **2:95CR20252-001**

### Petition on Probation and Supervised Release

**COMES NOW** Brenda L. Carpten **PROBATION OFFICER OF THE COURT** presenting an official report upon the conduct and attitude of James Donald Robinson, Jr. who was placed on supervision by the Honorable Jon Phipps McCalla sitting in the Court at Memphis, TN on the 25th day of November, 1996, who fixed the period of supervision at three (3) years*, and imposed the general terms and conditions theretofore adopted by the Court and also imposed Special Conditions and terms as follows:

1. The defendant shall submit to alcohol abuse counseling and treatment as directed by the Probation Office.
2. The defendant shall seek and maintain employment.
3.. The defendant shall pay restitution in the amount of $286,875.00 (Balance: $282,533.64).

\* Supervised Release begin on November 29, 2002.
    (To be served concurrent with Supervised Release imposed in 2:96CR20161)

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

James Donald Robinson, Jr., has made payments ranging from $25.00 to $300.00 on a fairly consistent basis. It is felt that he has paid to the best of his ability. He has paid a total of $4,341.36. Mr. Robinson signed a Payment Agreement with the United States Attorney's Office wherein he has agreed to continue paying One Hundred Dollars ($100.00) per month until his restitution balance is paid in full.

**PRAYING THAT THE COURT WILL ORDER** that Mr. Robinson's supervision be allowed to terminate as scheduled on November 28, 2005, with the understanding that the United States Attorney's Office will be responsible for the continued collection of restitution.

### ORDER OF COURT

Considered and ordered this _2_ day of _Sept_, 20_05_ and ordered filed and made a part of the records in the above case.

_____
United States District Judge

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on _9-6-05_

**Respectfully,**

_Brenda L. Carpten_
Brenda L. Carpten
United States Probation Officer

Place: Memphis, Tennessee

Date: August 19, 2005

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 314 in case 2:95-CR-20252 was distributed by fax, mail, or direct printing on September 6, 2005 to the parties listed.

---

Cam Towers Jones
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT